UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.:  8:18-cv-2398-T-17-SPF

A.M., (a minor), by and through her parents
and natural guardians, DUVAL MALCOLM
and SHAWNTEL GORDON and DUVAL
MALCOLM and SHAWNTEL GORDON,
individually,

       Plaintiffs,

vs.

BAYFRONT HMA MEDICAL CENTER,
LLC, d/b/a BAYFRONT MEDICAL CENTER
n/k/a BAYFRONT HEALTH ST.
PETERSBURG AND EACH d/b/a
BAYFRONT BABY PLACE AT ALL
CHILDREN'S HOSPITAL, AMY JO
GABRIEL, M.D., JODI MAE MCCAULEY,
ARNP, CNM; LAJUAN P. SANCHEZ,
ARNP, SNM, CHELSEA LEE DELUCA,
R.N., JALEESA KATREAL CLARK-
GIBSON, R.N., AIMEE LYN ENGELMAN-
HURLEY, R.N., JACKIE MARIE O'TOOLE-
SEGLER, R.N., JOHNS HOPKINS ALL
CHILDREN'S HOSPITAL, INC., d/b/a ALL
CHILDREN'S HOSPITAL, and UNITED
STATES OF AMERICA,

       Defendants.
_____/

## NOTICE OF FILING STATUS REPORT

Plaintiffs, A.M., (a minor), by and through her parents and natural guardians, DUVAL MALCOLM and SHAWNTEL GORDON and DUVAL MALCOLM and SHAWNTEL GORDON, individually and Defendants, BAYFRONT HMA MEDICAL CENTER, LLC, d/b/a BAYFRONT MEDICAL CENTER n/k/a BAYFRONT HEALTH ST. PETERSBURG AND

A.M., (a minor) vs. Bayfront Baby Place at All Children's Hospital, et al.
Case No.:   522018CA002783XXCICI
Notice of Filing Status Report

EACH d/b/a BAYFRONT BABY PLACE AT ALL CHILDREN'S HOSPITAL, AMY JO GABRIEL, M.D., JODI MAE MCCAULEY, ARNP, CNM; LAJUAN P. SANCHEZ, ARNP, SNM, CHELSEA LEE DELUCA, R.N., JALEESA KATREAL CLARK-GIBSON, R.N., AIMEE LYN ENGELMAN-HURLEY, R.N., JACKIE MARIE O'TOOLE-SEGLER, R.N., JOHNS HOPKINS ALL CHILDREN'S HOSPITAL, INC., d/b/a ALL CHILDREN'S HOSPITAL, and UNITED STATES OF AMERICA by and through their respective undersigned attorneys, hereby file this Case Status Report Statement pursuant to the Court's Order dated August 28, 2019, and state as follows:

The Petition for Determination of Availability of NICA Coverage was filed with the State of Florida Division of Administrative Hearings on October 25, 2019.

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via E-Serve to all Counsel on the attached list, this 28th day of October, 2019.

/s/ Jordan A. Dulcie
Jordan A. Dulcie
Florida Bar No.: 118635
Attorney E-Mail: jdulcie@searcylaw.com;
rsb@searcylaw.com
Primary E-Mail:
 baker-barnesteam@searcylaw.com
Searcy Denney Scarola Barnhart
& Shipley, P.A.
2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33409
Telephone:    (561) 686-6300
Facsimile:    (561) 383-9401
Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
CASE NO.:   8:18-cv-2398-T-17-SPF

**COUNSEL LIST**

C. Howard Hunter, Esquire
howard.hunter@hwhlaw.com;
dee.loach@hwhlaw.com;
tracy.lessing@hwhlaw.com
Chad E. Burgess, Esquire
chad.burgess@hwhlaw.com
Hill Ward & Henderson, P.A.
Post Office Box 2231
Tampa, FL  33601
Phone: (813)-221-3900
Fax: (813)-221-2900
Attorneys for All Children's Health System,
Inc.

Matthew S. Mudano, Esquire
Matthew.Mudano@csklegal.com
Cole Scott & Kissane, P.A.
4301 W Boy Scout Boulevard, Suite 400
Tampa, FL  33607
Phone: (813)-289-9300
Fax: (813)-286-2900
Attorneys for Bayfront HMA Medical
Center, LLC, Bayfront Health St.
Petersburg, Bayfront Baby Place at All
Children's Hospital, Chelsea Lee DeLuca,
R.N., Jaleesa Katreal Clark-Gibson, R.N.,
Aimee Lyn Engelman-Hurley, R.N. and
Jackie Marie O'Toole-Segler, R.N

Francis E. Pierce, III, Esquire
litpleadings@mateerharbert.com
Mateer & Harbert, P.A.
Post Office Box 2854
Orlando, FL  32802
Phone: (407)-425-9044
Fax: (407)-423-2016
Attorneys for Lajuan P. Sanchez, ARNP and
University of Florida Board of Trustees